UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERED S. ANDRUS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-525 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| FREEDOM FINANCIAL ASSET MANAGEMENT, LLC, | ) ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Because the parties agreed to arbitrate the claims asserted in the complaint, the matter has been dismissed and Plaintiff has been ordered to submit his claims to arbitration. Because there are no pending claims in this lawsuit, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 29, 2017         /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge